IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cv-672-BO

| | |
|---|---|
| DUKE UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ENDURANCE'S MOTION TO** |
| ENDURANCE RISK SOLUTIONS ) | **APPEAR BY VIDEO** |
| ASSURANCE COMPANY ) | **CONFERENCE** |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Endurance Risk Solutions Assurance Company ("Endurance" or "Defendant") has moved the Court for an order allowing counsel Michael Perlis to appear by video conference for the status hearing on Tuesday, September 22, 2022, at 11:30 a.m.

For good cause shown, and with the consent of Plaintiff's counsel, the Motion is granted, and Defendant's counsel, Mr. Perlis, is allowed to appear by video conference for the status hearing on Tuesday, September 22, 2022.

**SO ORDERED,** this the 19th day of September, 2022.

_____
Brian S. Meyers
United States Magistrate Judge